IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Craig, Cameron Keith | Case Number:  05 B 38712 |
| | Judge:  Hollis, Pamela S |
| Printed: 11/25/08 | Filed:  9/20/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  October 23, 2008
Confirmed:  November 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 48,455.00 | |
| Secured: | | 5,338.75 |
| Unsecured: | | 38,053.33 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 2,625.62 |
| Other Funds: | | 737.30 |
| Totals: | 48,455.00 | 48,455.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 1,700.00 | 1,700.00 |
| 2. | Toyota Motor Credit Corporatio | Secured | 0.00 | 0.00 |
| 3. | Toyota Motor Credit Corporatio | Secured | 4,222.44 | 4,222.44 |
| 4. | American General Finance | Secured | 608.90 | 608.90 |
| 5. | ECast Settlement Corp | Secured | 0.00 | 0.00 |
| 6. | Empire Carpeting | Secured | 507.41 | 507.41 |
| 7. | ECast Settlement Corp | Unsecured | 649.06 | 998.55 |
| 8. | ECast Settlement Corp | Unsecured | 999.60 | 1,537.84 |
| 9. | ECast Settlement Corp | Unsecured | 4,660.75 | 7,170.39 |
| 10. | Resurgent Capital Services | Unsecured | 1,982.34 | 3,049.76 |
| 11. | ECast Settlement Corp | Unsecured | 1,478.20 | 2,274.15 |
| 12. | ECast Settlement Corp | Unsecured | 4,303.19 | 6,620.29 |
| 13. | Discover Financial Services | Unsecured | 5,939.10 | 9,137.08 |
| 14. | American General Finance | Unsecured | 533.16 | 820.24 |
| 15. | ECast Settlement Corp | Unsecured | 4,189.27 | 6,445.03 |
| 16. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 17. | Citi Cards | Unsecured | | No Claim Filed |
| 18. | Citicorp | Unsecured | | No Claim Filed |
| 19. | Citi Cards | Unsecured | | No Claim Filed |
| 20. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| | | | $ 31,773.42 | $ 45,092.08 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Craig, Cameron Keith

Printed: 11/25/08

Case Number: 05 B 38712
Judge: Hollis, Pamela S
Filed: 9/20/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 665.78 |
| 5% | 134.49 |
| 4.8% | 388.57 |
| 5.4% | 872.16 |
| 6.5% | 524.52 |
| 6.6% | 40.10 |
| | $ 2,625.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

